IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3030 |
| v. | ) | |
| CHARLES M. MCMILLIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to amend and/or reconsider order of January 11, 2011 (filing 88) is denied.

DATED this 12th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge